| Attorney or Party without Attorney:<br>Marc A. Fenster<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  *Telephone No:* 310-826-7474<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4956-002D | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
for the Eastern District of Texas

*Plaintiff:* Wilus Institute of Standards and Technology Inc.
*Defendant:* HP Inc.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-00764-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement, Jury Demanded; Civil Cover Sheet

3. a. Party served:      HP Inc.
   b. Person served:   Zachary Rouse, authorized to accept for CT Corporation System, Inc., Agent for Service of Process

4. Address where the party was served:   1999 Bryan Street Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Sep 27 2024 (2) at: 11:20 AM

6. **Person Who Served Papers:**
   a. Kim Shaw
   **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $243.73

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



09/27/2024
(Date)                                        (Signature)



PROOF OF SERVICE

11885251
(5903726)